Louis Ernst, defendant in error, v. John F. Doyle, plaintiff in error. Gen. No. 25,401.

Action to recover for injuries to person struck by automobile. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Timothy J. Fell, for plaintiff in error; F. O. Floberg, of counsel. Haight, Adcock, Haight & Harris, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Francis Olinski, appellee, v. The Supreme Tribe of Ben Hur, appellant. Gen. No. 25,445.

Action on death benefit certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with findings of fact. Opinion filed July 14, 1920.

Busby, Weber, Miller & Donovan and Arthur A. Anderson, for appellant. John Jankowski and Busch, Leesman & Roemer, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Paine Lumber Company, Ltd., appellee, v. Edward T. Filer et al., on appeal of Henry A. Sellen et al., appellants. Gen. No. 24,712.

Motion to approve a report of sale and distribution under a decree of foreclosure. Motion granted. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed July 14, 1920. *Certiorari* denied by Supreme Court (making opinion final).

M. M. Jacobs, for appellants. George J. Kuebler, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Paine Lumber Company, Ltd., defendant in error, v. Edward T. Filer et al., plaintiffs in error. Gen. No. 25,321.

Bill to foreclose a trust deed. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920. *Certiorari* denied by Supreme Court (making opinion final).

M. M. Jacobs, for plaintiffs in error. George J. Kuebler, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

William Anker, defendant in error, v. Louis Meyer, Sr., et al., plaintiffs in error. Gen. No. 24,917.

Trespass. Judgment for plaintiff by default. Error to the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed July 14, 1920.

Rathje, Lawlor & Connor, for plaintiffs in error; C. H. Sippel, of counsel. Frederick DeYoung and Edward H. Taylor, for defendant in error; Charles M. Haft, of counsel.

Mr. Justice Matchett delivered the opinion of the court.